3153 (Rev. 01-19)



GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RACHAEL EUBANKS
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: Timothy L. Collins
1155 Lakeshore Drive
Gregory MI 48137

Case No.: 20-31731 JDA
Chapter 13

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

| | |
|---|---|
| Secured: Claim No. | $ |
| Priority: Claim No. 18-1 | $6,232.91 |
| Unsecured: Claim No. 18-1 | $1,750.00 |
| Administrative: Claim No. | $ |

Total to be withdrawn: $7,982.91

/s/ Belinda Walker

Bankruptcy Clerk
Collection Services Bureau, Bankruptcy